UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

LOU-ANN ELIAS,

                            Plaintiff,      **NOTICE OF APPEARANCE**

    -against-

                                                    07CV10260(TPG)

POLICE DEPARTMENT CITY OF NEW YORK,
CITY OF NEW YORK, BROOKDALE HOSPITAL,

                            Defendants.

------------------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that **JAMIE M. ZINAMAN** is an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for the defendants New York City Police Department and the City of New York. I am the present Assistant Corporation Counsel assigned to this action, and all future filings, or other information, related to this action can be directed to me at the below address.

Dated:      New York, New York
             December 6, 2007

                                            **MICHAEL A. CARDOZO**
                                            Corporation Counsel of the
                                              City of New York
                                            Attorney for Defendant City of New York
                                            100 Church Street, Room 2-111
                                            New York, N.Y. 10007-2601
                                            (212) 788-0887

                        By:           /s/
                                      **JAMIE M. ZINAMAN**
                                      Assistant Corporation Counsel

To:     **LOU-ANN ELIAS**
        P.O. Box 110299
        Cambria Heights, NY 11411

        **BROOKDALE HOSP. MEDICAL CENTER**
        555 Rockaway Parkway
        Brooklyn, New York 11212

07CV10260(TPG)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| LOU ANN ELIAS,<br><br>                                                                 Plaintiff,<br><br>                    - against –<br><br>CITY OF NEW YORK, et al.,<br><br>                                                                 Defendants. |
| **NOTICE OF APPEARANCE** |
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel of the City of New York*<br>Attorney for Defendants City of New York and<br>New York City Police Department<br>100 Church Street, Room 2-111<br>New York, NY  10007-2601<br><br><br>         *Of Counsel:*     Jamie M. Zinaman<br>             *Tel:*          (212) 788-0887<br><br><br><br>                *Matter No.:* 2007-038076 |
| *Due and timely service is hereby admitted*<br><br>New York, N.Y.   ........................................., 2007.<br><br>   ................................................................................<br><br>Attorney for................................................................ |