

| | | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007-2601 | **JAMIE M. ZINAMAN**<br>*Assistant Corporation Counsel*<br>Telephone: (212) 788-0887<br>Fax No.: (212) 788-0940 |

December 6, 2007

**By Mail and ECF**

Honorable Thomas P. Griesa
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

          Re:  Elias v. City of New York, et al.
                07 CV 10260 (TPG)
                Matter No. 2007-038076

Dear Judge Griesa:

        I am the Assistant Corporation Counsel assigned to defend the above-referenced Title VII action.  I write to respectfully request that defendants' City of New York and New York City Police Department's ("City Defendants") time to respond to the complaint be extended from December 10, 2007, to February 8, 2008.  This is the first request City Defendants' have made to extend their time to respond to the complaint.  Plaintiff *pro-se's* telephone number does not appear on the complaint or in the docket sheet, and therefore, I have not been able to ask for her consent to this request.

        This extension of time will permit investigation of this matter and the gathering of documents in this case alleging discrimination in employment.  It will also permit the drafting of an appropriate response to the complaint.  This proposed schedule takes into account the holidays and vacation time of clients as well as myself.  In addition, I am preparing for an administrative trial before the New York State Division of Human Rights in Stevenson v. City of New York et al., which is scheduled to begin on January 2, 2008.

**HONORABLE THOMAS P. GRIESA**
United States District Judge
<u>Elias v. City of New York, et al.,</u>
07 CV 10360 (TPG)
December 6, 2007
Page 2

      Thank you for your consideration of this request.

                        Respectfully submitted,

                        /s/

                        Jamie M. Zinaman
                        Assistant Corporation Counsel

cc:    **LOU-ANN ELIAS**
       Plaintiff *Pro-se*
       P.O. Box 110299
       Cambria Heights, NY 11411
       (By Mail)

       **BROOKDALE HOSP. MEDICAL CENTER**
       555 Rockaway Parkway
       Brooklyn, New York 11212
       (By Mail)