UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
LOU-ANN ELIAS,

                Plaintiff,      07 Civ. 10260 (TPG)

    - against -      **ORDER**

CITY OF NEW YORK ET AL.,

                Defendants.
------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/08

      Plaintiff in this case moved on February 18, 2008, February 29, 2008, and April 11, 2008, for leave to amend the complaint. On April 22, 2008, plaintiff moved to withdraw those motions. Plaintiff's request to withdraw those motions is granted, and the motions are hereby denied as moot.

      On April 22, 2008, plaintiff also voluntarily dismissed her claims against all defendants except the City of New York and the New York Police Department. This action is therefore dismissed as to all defendants except the City of New York and the New York Police Department. Defendant Brookdale Hospital Medical Center's motion to dismiss is therefore denied as moot.

-2-

Dated: New York, New York
September 4, 2008

SO ORDERED

_____
Thomas P. Griesa
U.S.D.J.